Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Alabama

### Southern Division

| | |
|---|---|
| Fredrika M Miller, Gary L Sauer | )   Case No.   21-cv-69-JB-N |
| | )          *(to be filled in by the Clerk's Office)* |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | )   Jury Trial: *(check one)* ☐ Yes ☐ No |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| –v– | ) |
| Coastline Management, Beachcomber Homeowners | ) |
| Association Inc. llc. | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

FILED FEB 10 '21 PM 1 :39 USDC-AL S

## COMPLAINT FOR A CIVIL CASE

**I.**     **The Parties to This Complaint**

    **A.**     **The Plaintiff(s)**

          Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Fredrika M Miller, Gary L Sauer |
| Street Address | 100 Commerce st Apt A |
| City and County | City of Jackson, Clarke County |
| State and Zip Code | Alabama 36542 |
| Telephone Number | 702 601 3681, 702 324 3277 |
| E-mail Address | bootsmylove69@gmail.com, creativly7@gmail.com |

    **B.**     **The Defendant(s)**

          Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                               Coastline Management

Job or Title *(if known)*

Street Address                     253 Professional Lane

City and County                    City of Gulf Shores   Baldwin County

State and Zip Code                 Alabama 36542

Telephone Number                   (251) 948-7001

E-mail Address *(if known)*        fd@coastlinemgmt.com

Defendant No. 2

Name                               Beachcomber Homeowners Association Inc. llc

Job or Title *(if known)*

Street Address                     PO Box 2652

City and County                    City of Gulf Shores, Baldwin County

State and Zip Code                 Alabama 36547

Telephone Number                   (251) 948-7001

E-mail Address *(if known)*        Kathyg@coastlinemgmt.com

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Title 18, US Code Chapter 96 Racketeer Influenced and Corrupt Organizations
Title 18, US Code Chapter 31 Embezzlement and Theft
Alabama Code § 13A-6-191 Criminal Elder Abuse

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

   1.   The Plaintiff(s)

      a.   If the plaintiff is an individual
         The plaintiff,  *(name)* _____ , is a citizen of the
         State of *(name)* _____ .

      b.   If the plaintiff is a corporation
         The plaintiff,  *(name)* _____ , is incorporated
         under the laws of the State of *(name)* _____ ,
         and has its principal place of business in the State of *(name)* _____
         _____ .

         *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

   2.   The Defendant(s)

      a.   If the defendant is an individual
         The defendant,  *(name)* _____ , is a citizen of
         the State of *(name)* _____ . Or is a citizen of
         *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* Coastline Mgmt, Beachcomber HOA llc , is incorporated under the laws of the State of *(name)* Alabama , and has its principal place of business in the State of *(name)* Alabama .
Or is incorporated under the laws of *(foreign nation)* ,
and has its principal place of business in *(name)* City Of Gulf Shores .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$1,000,000

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Coastline Management and Beachcomber HOA did deliberately and with prejudice create a situation physically and financially where it was impossible for Fredrika M. Miller and her mother Ozell Miller co-owners of the property located at 105 E. 4th St. Unit 106 Gulf Shores, Alabama 36542 to stay in their property and had to leave it in fear for their well being. They were systematically coerced, threatened and forced out of their property by the Defendants. They charged fees, created bi-laws designed specifically to allow a coordinated effort to take the property away and force the Plaintiffs to leave using local law enforcement, city and county officials. The Defendants had personal problems with the Plaintiffs and spent much time there fighting with and causing physical and emotional harm to them.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff would like the property returned to her immediately. The Plaintiff would like a formal apology issued by the Defendants and their employees and officers. The Plaintiff would like all documentation, meeting minutes, notes and memos relating to the property. The amount of one million dollars in damages

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:                 02/10/2021

Signature of Plaintiff

Printed Name of Plaintiff     FREDRIKA M MILLER     GARY SXLLOR

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address