IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FREDRIKA M. MILLER and | ) |
| GARY L. SAUER, | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 21-00069-JB-N |
| | ) |
| COASTLINE MANAGEMENT and | ) |
| BEACHCOMBER HOMEOWNER | ) |
| ASSOCIATION, INC, | ) |
|    Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 19) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated November 10, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, pursuant to 28 U.S.C. § 1915(e)(2), it is **ORDERED** that the Estate of Ozell C. Miller is **DISMISSED without prejudice** and Fredrika M. Miller's first amended complaint (Doc. 15) is **DISMISSED with prejudice**. Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE and ORDERED** this 8th day of December, 2021.

                                                                  /s/ JEFFREY U. BEAVERSTOCK
                                                                  CHIEF UNITED STATES DISTRICT JUDGE